In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 23-10184

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JOHNNIE LEEANOZG DAVIS,

*Defendant- Appellant.*

---

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:21-cr-00101-MHT-JTA-1

---

Before WILLIAM PRYOR, Chief Judge, and JORDAN and BRASHER, Circuit Judges.

BY THE COURT:

Based on the Supreme Court's granting the petition for a writ of certiorari, vacating our judgment, and remanding for further consideration in light of *Chatrie* v. *United States*, 609 U. S. ___ (2026), the parties are ordered to file supplemental briefs, no longer than 3,000 words addressing the impact of *Chatrie*. The appellant's

supplemental brief shall be filed no later than 28 days after the date of this order. The government's response shall be filed no later than 21 days after the filing of appellant's supplemental brief.